NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRAVIS TAYLOR,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-3011
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )


Opinion filed October 11, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.